UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BETTY STAMPLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-5628-CJB-SS** |
| **MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION** | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that judgment be entered in favor of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, and against the plaintiff, Betty Stampley, dismissing the plaintiff's complaint without prejudice.

New Orleans, Louisiana, this 16th day of June, 2010.

_____
United States District Judge